|  |  |
|---|---|
| * | IN THE |
| * | SUPREME COURT |
| IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF DANA PAUL TO THE BAR OF MARYLAND | |
| * | OF MARYLAND |
| * | AG No. 11 |
| * | September Term, 2023 |
| * | |

## ORDER

Upon consideration of Dana Paul's petition for reinstatement and Bar of Maryland and Bar Counsel's consent to the petition for reinstatement, it is this 21st day of November 2023, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that Dana Paul is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of the Court shall replace the name Dana Paul upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk